DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HEIDI M. LEISZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-MJ-0193 DLB |
| ) | |
| *Plaintiff,* ) | STIPULATION TO MODIFY |
| ) | TERM OF PROBATION; |
| v. ) | ORDER THEREON |
| ) | |
| HEIDI M. LEISZ, ) | Date :        June 18, 2009 |
| ) | Magistrate:  Gary S. Austin |
| *Defendant.* ) | |
| ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the remaining fine balance of $482 hours be converted to 50 hours of unpaid community service.

     Ms. Leisz was sentenced on August 23, 2007. She was placed on 24 months of informal probation and ordered to pay of fine of $1500 and complete 100 hours of community service. Ms. Leisz has previously submitted proof of her 100 hours of community service and has paid a total of $1018 on her fine. (*See* Exhibit A.)

     As grounds for the modification, the parties agree that such a modification would be in the interests of justice. Ms. Leisz wishes to comply with the court's orders. However, she currently is unemployed and requests the court grant the proposed modification so she may satisfy her probationary terms. She anticipates she would have the additional 50 hours completed by her next scheduled review date of September 24, 2009.

This stipulation is requested by counsel for the defendant and would be joined by Laurel Montoya, Assistant United States Attorney.

                                               LAWRENCE G. BROWN  
                                               Acting United States Attorney

DATED: June 18, 2009                     /s/ Laurel Montoya  
                                               Laurel Montoya  
                                               Assistant United States Attorney

                                               DANIEL J. BRODERICK  
                                               Federal Defender

DATED: June 18, 2009                     /s/ Charles J. Lee  
                                               CHARLES J. LEE  
                                             Assistant Federal Defender  
                                             Attorney for Defendant

**O R D E R**

IT IS SO ORDERED that the remaining fine balance of $482 be converted to 50 hours of community service with proof to be submitted by the next court review date of September 24, 2009.

DATED:   June 22, 2009             /s/ Gary S. Austin  
                                        GARY S. AUSTIN, Magistrate  
                                         United States District Court  
                                         Eastern District of California