DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
HEIDI M. LEISZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:07-mj-00193 SMS |
| *Plaintiff,* | STIPULATION TO TERMINATE INFORMAL PROBATION; ORDER |
| v. | |
| HEIDI M. LEISZ, | Magistrate:   Gary S. Austin |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, counsel for plaintiff, and CHARLES LEE, Assistant Federal Defender, counsel for defendant, HEIDI M. LEISZ, that effective forthwith, informal probation shall be terminated.

This request is made on the grounds that Ms. Leisz has complied with all the terms ordered by the court. Ms. Leisz originally pleaded guilty on October 11, 2007 on this case and was sentenced to a fine of $1500, 100 hours of community service, and 2 years of informal probation. Ms. Leisz completed her 100 hours of community service and paid $1018 of her fine. Due to financial hardship, the court on June 22, 2009, converted her fine balance of $482 to an additional 50 hours of community service. The proof of completion is attached. As Ms. Leisz has complied with all the terms of her probation and suffered no new arrests or convictions on the 22 months she has been on probation, we would ask the court to grant this order terminating her probation.

| | |
|---|---|
| Dated: September 4, 2009 | LAWRENCE BROWN<br>Acting United States Attorney |
| | By:  /s/ Laurel J. Montoya<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Dated: September 4, 2009 | DANIEL J. BRODERICK<br>Federal Defender |
| | By:  /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>Heidi M. Leisz |

**O R D E R**

**IT IS SO ORDERED that Heidi M. Leisz's informal probation in case 1:07-mj-00193 SMS be terminated and that the review hearing scheduled for September 24, 2009, be cancelled.**

DATED:   September 8, 2009

　　　　　　　　　　　　　　　　 /s/ Gary S. Austin
HON. GARY S. AUSTIN
United States Magistrate Judge
Eastern District of California

Leisz's Stipulation to Terminate
and Proposed Order                               2